| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Lease Trust | Order Filed on January 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No: <u>18-15874 MBK</u> |
| | Chapter: <u>13</u> |
| In Re:<br>    Richard Allen Cheney | Hearing Date: <u>January 22, 2020 at 09:00 A.M.</u> |
| | Judge: Michael B. Kaplan |

| |
|---|
| Recommended Local Form      ☐   Followed      ☐   Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 22, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as: **2017 Toyota RAV4, VIN: JTMBFREV7HJ110369 ,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Allen Cheney  
    Debtor

Case No. 18-15874-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 23, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db         +Richard Allen Cheney,   405 Madison Ave,   Dunellen, NJ 08812-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:  
        Albert Russo   docs@russotrustee.com  
        Aleisha Candace Jennings    on behalf of Creditor    Wells Fargo Bank, National Association ajennings@rasflaw.com  
        Bruce C. Truesdale    on behalf of Debtor Richard Allen Cheney brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harold N. Kaplan    on behalf of Creditor    Wells Fargo Bank, National Association hkaplan@rasnj.com, informationathnk@aol.com  
        Shauna M Deluca    on behalf of Creditor    Wells Fargo Bank, National Association sdeluca@rasflaw.com  
        Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                           TOTAL: 8