UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue - Suite 1E
Middlesex, NJ  08846
By: Bruce C. Truesdale, P.C. (BT 0928)
Phone:  732-302-9600
Fax: 732-302-9066
Attorney for the Debtor[s]

Order Filed on October 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD ALLEN CHENEY

Case No.: 18-15874

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq_____, the applicant, is allowed a fee of $ ____865____ for services rendered and expenses in the amount of $____0____ for a total of $____865____. The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1143____ per month for ____17____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-15874-MBK
Richard Allen Cheney                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

**Recip ID          Recipient Name and Address**
db      + Richard Allen Cheney, 405 Madison Ave, Dunellen, NJ 08812-1103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021                                   Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com

Bruce C. Truesdale
    on behalf of Debtor Richard Allen Cheney brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Wells Fargo Bank  National Association hkaplan@rasnj.com, informationathnk@aol.com

Shauna M Deluca
    on behalf of Creditor Wells Fargo Bank  National Association sdeluca@raslg.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 28, 2021 | Form ID: pdf903 | Total Noticed: 1

Sindi Mncina
    on behalf of Creditor Wells Fargo Bank  National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8