Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−15874−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard Allen Cheney
    405 Madison Ave
    Dunellen, NJ 08812
Social Security No.:
    xxx−xx−9282
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/10/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 10, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-15874-MBK

Richard Allen Cheney                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                        Page 1 of 2
Date Rcvd: Mar 10, 2022                       Form ID: 148                                  Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Allen Cheney, 405 Madison Ave, Dunellen, NJ 08812-1103 |
| 517410692 | + | Abelson & Truesdale, LLC, Bruce C. Truesdale, Esq, 147 Union Avenue, Middlesex, NJ 08846-1063 |
| 517410693 | + | American Web Loan, 2128 N. 14th St. Suite 1 #130, Ponca City, OK 74601-1831 |
| 517410696 | | Exxon 53 FCU, PO Box 23, Linden, NJ 07036-0023 |
| 517494739 | + | Motion Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517515805 | + | SST as servicing agent for CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 517557748 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE, Attn: Cashiering Department, 1661 Worthington Road, Ste 100, West Palm Beach, FL 33409-6493 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517566231 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 20:49:41 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517410694 | | EDI: CAPITALONE.COM | Mar 11 2022 07:50:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517410695 | | EDI: CAPITALONE.COM | Mar 11 2022 07:50:00 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517410697 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 20:49:36 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517559798 | + | EDI: MID8.COM | Mar 11 2022 07:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517410698 | + | EDI: LCIPHHMRGT | Mar 11 2022 07:50:00 | Ocwen Loan Servicing, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517560347 | | EDI: LCIPHHMRGT | Mar 11 2022 07:50:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 517410699 | | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Syncb/Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 517410700 | + | EDI: TFSR.COM | Mar 11 2022 07:48:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517514263 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 10 2022 20:40:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518738724 | | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 10, 2022 | Form ID: 148 | Total Noticed: 21

| | | | |
|---|---|---|---|
| | | Mar 10 2022 20:50:11 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517434355 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 10 2022 20:40:00 | Wells Fargo Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue,, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517525041 | *+ | SST as servicing agent for CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022 | Signature: | /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com |
| Bruce C. Truesdale | on behalf of Debtor Richard Allen Cheney brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Wells Fargo Bank  National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Shauna M Deluca | on behalf of Creditor Wells Fargo Bank  National Association sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank  National Association smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9